CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 2 2 2005

JOHN F. CORCORAN, CLERK
BY: /s/ H McDonald
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GREGORY S. HINES, # 202605, ) | |
|    Plaintiff, ) | Civil Action No. 7:05-cv-00565 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN T. RAY, et al., ) | |
|    Defendants. ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court. Furthermore, plaintiff is hereby advised that this constitutes a second "strike" pursuant to 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 22nd day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge